UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| DOREMUS COFFEE, | : | |
| Petitioner, | : | Civ. No. 06-1296 (GEB) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **ORDER** |
| Respondent. | : | |

**BROWN, Chief Judge**

This matter having come before the Court upon the *pro se* petition by Doremus Coffee ("Petitioner") to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255; and the Court having considered the parties' submissions without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the accompanying Memorandum of Opinion,

IT IS THIS 17th day of September, 2007;

ORDERED that Petitioner's petition is DENIED.

                                         s/ Garrett E. Brown, Jr.
                                     GARRETT E. BROWN, JR., U.S.D.J.